1  DINA L. SANTOS, Bar #204200
   Attorney at Law
2  428 J Street, 3rd Floor
   Sacramento, California 95814
3  Telephone: (916) 447-0160

4

5  Attorney for Defendant
   Rui Yee
6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11 UNITED STATES OF AMERICA,    ) No. 07 CR-S 025
                                )
12              Plaintiff,      )
                                ) (Amended) STIPULATION AND ORDER
13      v.                      ) VACATING DATE, CONTINUING CASE,
                                ) AND EXCLUDING TIME
14 RUI YEE                      )
                Defendant.      )
15                              ) Date:  November 30, 2007
   _____) Time:  10:00 a.m.
16                              ) Judge: Hon. Garcia

17

18      **IT IS HEREBY STIPULATED** by and between Assistant United States

19 Attorney Robert Twiss, Counsel for Plaintiff, and Attorney Dina L.

20 Santos, Counsel for Defendant RUI YEE, that the status conference

21 scheduled for October 12, 2007, be vacated and the matter be continued

22 to this Court's criminal calendar on November 30, 2007 at 10:00 a.m,

23 for a further status conference.

24      This continuance is requested by the defense for client

25 consultation, investigation and negotiations between the prosecution

26 and defense regarding settlement.   All counsel therefore seek

27 additional necessary preparation time.

28

1 **IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et. seq.* be tolled pursuant to § 3161(h)(8)(A) & (B)(iv), Local code T-4 (time to prepare), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant in a speedy trial.

The Court is advised that Ms. Santos and Mr. Twiss have conferred about this request, that they have agreed to the November 30, 2007, date, and that Mr. Twiss  and has authorized Ms. Santos to sign this stipulation on his behalf.

**IT IS SO STIPULATED.**

Dated: October 10, 2007          /S/ Dina L. Santos
                                 DINA L. SANTOS
                                 Attorney for Defendant
                                 RUI YEE

Dated: October 10, 2007          /S/ Robert Twiss
                                 ROBERT TWISS
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated: October 10, 2007          /s/ Edward J. Garcia
                                 Honorable Edward J. Garcia
                                 United States District Judge

Stipulation and Order                 2