UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM


FILED
MAR 6 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

          **RE:**   **Rui Yee**
               **Docket Number:**  **2:07CR00025-04**
               **<u>CONTINUANCE OF JUDGMENT</u>**
               **<u>AND SENTENCING</u>**

Your Honor:

Per agreement with both counsel, it is respectfully requested that judgment and sentencing on the above-referenced case be continued from March 7, 2008, to April 25, 2008, at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Continued investigation.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                        Respectfully submitted,

                        **PHIL Y. MIZUTANI**
                        United States Probation Officer

**REVIEWED BY:**                    
                  **KAREN A. MEUSLING**
                  **Supervising United States Probation Officer**

Dated:     March 5, 2008
             Sacramento, California

Attachment

**RE:   Rui Yee**
  **Docket Number:  2:07CR00025-04**
  **CONTINUANCE OF JUDGMENT AND SENTENCING**

cc:   Clerk, United States District Court
  United States Attorney's Office
  United States Marshal's Office
  Federal Defender (If defense counsel is court-appointed)
  Probation Office Calendar clerk

✓ **Approved**

\_\_\_ **Disapproved**

EDWARD J. GARCIA
**Senior United States District Judge**

3/6/08
**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

United States Probation Office

## INTEROFFICE MEMORANDUM

**TO:** Colleen Lydon, Courtroom Clerk
of the Honorable Edward J. Garcia

**FROM:** Philip Mizutani
United States Probation Officer

**DATE:** March 5, 2008

**SUBJECT:** **Rui Yee**
**Docket Number: 2:07CR00025-04**
**JUDGMENT AND SENTENCING CONTINUANCE**

The above matter is scheduled for judgment and sentencing on March 7, 2008. Based on a continued investigation, all parties have agreed to a continuation of judgment and sentencing. The following proposed sentencing schedule is offered:

| | |
|---|---|
| Judgment and Sentencing date: | April 25, 2008 at 10:00 a.m. |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 18, 2008 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | April 11, 2008 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 4, 2008 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 21, 2008 |

**Reviewed by:** Karen A. Meusling
**Supervising United States Probation Officer**

cc: Robert Twiss, Assistant United States Attorney
Dina Santos, Defense Counsel