UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
MAY - 2 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR-S-07-025 |
| Plaintiff, ) | |
| ) | RELEASE ORDER NO. _____ |
| *Rui Yee* ) | |
| Defendant. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release   *Rui Yee*

_____, Case No. _____,

Charge _____,

from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_____ Release on Personal Recognizance

_____ Bail posted in the sum of $_____

_____ Unsecured Appearance Bond

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**X** (Other)   *Time Served*

This release order is not effective until the defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   *Sacramento, CA*   on   *5/2/08*,

19 ___ at ___ a.m./p.m.

By /S/ EJG
United States District Judge or
United States Magistrate

Copy 2 - Pre Trial Services